# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 22-2564

Caption [use short title]: Andrews v Hall

Motion for: consolidation of docket # 22-2564 and 22-1298 consolidated

Set forth below precise, complete statement of relief sought:
Combine appeals to conserve resources ie. time, money, paperwork. The law is identical for all of previous appeals. There is no need for another brief.

RECEIVED 2022 NOV 16 PM 4:39 CLERK'S OFFICE U.S. COURT OF APPEALS

MOVING PARTY: Jeffrey Andrews      OPPOSING PARTY: Nakbe Elicker
[ ] Plaintiff   [ ] Defendant
[x] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Jeffrey Andrews prose      OPPOSING ATTORNEY: Nakbe Elicker
[name of attorney, with firm, address, phone number and e-mail]

Jeffrey Andrews prose                    Nakbe Elicker
910 Northford Rd                         157 Church St  20th Fl
Wallingford Ct 06492                     New Haven Ct  06510

Court-Judge/Agency appealed from: Richard A Chatigny  Kari A. Dooley

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [x] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?        [ ] Yes [x] No
Has this relief been previously sought in this court?  [ ] Yes [x] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [x] Yes [ ] No  If yes, enter date: January 9th

**Signature of Moving Attorney:**
[signature]       Date: 11-13-22     Service by: [ ] CM/ECF  [x] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
For the
SECOND CIRCUIT

| | | |
|---|---|---|
| Andrews | : | Case Numbers: 22-1298, 22-2564 |
| v. | : | |
| Hall | : | November 13, 2022 |

## AFFIDAVIT OF JEFFREY ANDREWS

The affiant, Jeffrey Andrews, being duly sworn, hereby deposes and says:

1. My name is Jeffrey Andrews. I am over the age of eighteen years, and I understand the obligations of an oath.
2. The facts I state are based on my personal knowledge.
3. Fact : Conservation of resources such as but not limited to time, paperwork, money
4. Fact : The law is the same for all of the above appeals


Further, the Affiant sayeth not.

_____ Jeffrey Andrews


State of Connecticut ~~Ave~~      } } ss      Town of East Harington

County of ~~New Haven~~ } Middlesex

Subscribed and sworn to before me this 13th day of November 2022.

Notary public My commission expires Sept 30 2023

Andrews          :          Case Numbers: 22-1298, 22-2564

v.

Hall             :          November 13, 2022

## AFFIDAVIT OF JEFFREY ANDREWS

The affiant, Jeffrey Andrews, being duly sworn, hereby deposes and says:

Fact: This appeal arises out of the district court's removal of Judge Janet C. Hall and Judge S. Dave Vatti for Constitutional Violations on August 17, 2022.
  Case # 3:22 cv-00873

Fact: Consolidation of the appeals is warranted as consolidation serves the interest of justice. Consolidation is to avoid the potential for injustice to the parties and to avoid conflicting decisions. "When the parties have filed timely notices of appeal, the appeals may be consolidated" FRAP 3(b)(2)

Fact: Judicial economy weighs heavily in favor of consolidation. When the appeals court will have to review the same issue in each appeal, consolidation is warranted in the issue of judicial economy. ( see California v Mesa 813 F.2d 960,961n,1 (9th Circuit 1987) Consolidating two separate cases on appeal because "they must raise the same legal issues" The above ___ cases raise many of the same legal issues.

Fact: There will be no delay if the appeals are consolidated

Conclusion: For the reason stated above the court should consolidate the appeals: 22-1298 and 22-2564.

Respectfully submitted,

Jeffrey Andrews, Pro Se                    11/13/22



2

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-two.

Before: Alison J. Nathan,
  *Circuit Judge,*

| | |
|---|---|
| Andrews v. Hall | **ORDER** <br> Docket No. 22-1298 |
| Andrews v. Hall | Docket No. 22-1299 |
| Andrews v. Hall | Docket No. 22-1300 |
| Andrews v. Vatti | Docket No. 22-1301 |
| Andrews v. Vatti | Docket No. 22-1302 |
| Andrews v. Vatti | Docket No. 22-1303 |
| Andrews v. Vatti | Docket No. 22-1308 |

Appellant, proceeding pro se, moves for consolidation of the above-captioned appeals.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Andrews

**CERTIFICATE OF SERVICE**

Docket Number: 22-2064

v.

Hell

I, Jeffrey Andrews, hereby certify under penalty of perjury that
(print name)
on 11-13-22, I served a copy of Motion to consolidate, N 22-2064
(date)
and 22-1298, copy of motion to consolidate on 8-3-22 22-1298
(list all documents)

by (select all applicable)**

___ Personal Delivery  ✓ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11-13-22
Today's Date                                    Signature

Certificate of Service Form (Last Revised 12/2015)

## Certificate of Service

I hereby certify that a copy of the foregoing pleading/document was mailed to :

Janet C. Hall
Senior United States District Judge
141 Church St.
New Haven, CT 06510

S. Dave Vatti
Magistrate Judge
915 Lafayette Blvd.
Bridgeport, CT 06604

Michael P. Shea
United States District Judge
450 Main ST
Hartford, CT 06103

Judge Kari A. Dooley
915 Lafayette Blvd
Bridgeport, CT 06604

Natalie N. Elicker
157 Church St
New Haven, CT 06510

Sandra Slack Glover
157 Church St
New Haven, CT 06510

RECEIVED 2022 NOV 16 PM 4:40 CLERK'S OFFICE U.S. COURT OF APPEALS

Redding C. Cates
Environment and Natural Resource Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044


Anne Thidemann
Assistant United States District Attorney
District of Connecticut
1000 Lafayette Blvd, 10th Floor
Bridgeport, CT 06604

Benjamin Grillot
US Department of Justice
PO Box 7611
Washington, DC 20044


David Peterson
US Environmental Protection Agency
5 Post Office Square Suite 100
Boston, MA 02109-3912

Laura Beveridge
US Environmental Protection Agency
5 Post Office Square Suite 100
Boston, MA 02109-3912

Raymond Putnum
Wetlands Enforcement Officer EPA Region 1
5 Post Office Square Suite 100
Boston, MA 02109-3912

T. Andrew Earles
2490 W 26th Ave Suite 100A
Denver, CO 80211

Peter M. Stokely
1220 Pennsylvania Ave
Washington, DC 20460

Vanessa Roberts Avery
United States Attorney
157 Church ST, 25th Floor
New Haven, CT 06510

Date: ~~November 6, 2022~~ 11-13-22

Jeffrey Andrews   Pro Se
210 Northford Rd.
Wallingford, CT 06492
203-804-0489



Jess Anderson
210 Rolling Rd
Wallingford CT
06492

$7.49
U.S. POSTAGE PAID
FCM LETTER
NORTH BRANFORD, CT
06471
NOV 14, 22
AMOUNT
R2305P150715-07

USPS CERTIFIED MAIL
7018 0680 0001 9565 5908

U.S. Court of Appeals Second Circuit
40 Foley Square
New York, N.Y.
10007